# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cesar Omar Plazola, | ) | Case No. 1:20-cr-056 |
| | ) | |
| Defendants. | ) | |

On May 21, 2020, defendant filed a motion for a detention hearing. Defendant's motion (Doc. No. 18) is **GRANTED**. A detention hearing for defendant shall be scheduled for May 28, 2020, at 1:30 p.m. in the Bismarck (Eagle Courtroom) before Magistrate Judge Hochhalter. Defendant will be appearing via video from Heart of America Correctional and Treatment Center in Rugby, North Dakota.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court